# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-60650   Starbucks v. NLRB
               USDC No. 03-CA-285671
               USDC No. 03-CA-290555
               USDC No. 03-CA-291157
               USDC No. 03-CA-291196
               USDC No. 03-CA-291197
               USDC No. 03-CA-291199
               USDC No. 03-CA-291202
               USDC No. 03-CA-291377
               USDC No. 03-CA-291378
               USDC No. 03-CA-291379
               USDC No. 03-CA-291381
               USDC No. 03-CA-291386
               USDC No. 03-CA-291395
               USDC No. 03-CA-291399
               USDC No. 03-CA-291408
               USDC No. 03-CA-291412
               USDC No. 03-CA-291416
               USDC No. 03-CA-291418
               USDC No. 03-CA-291423
               USDC No. 03-CA-291431
               USDC No. 03-CA-291434
               USDC No. 03-CA-291725
               USDC No. 03-CA-292284
               USDC No. 03-CA-293362
               USDC No. 03-CA-293469
               USDC No. 03-CA-293489
               USDC No. 03-CA-293528
               USDC No. 03-CA-294336
               USDC No. 03-CA-293546
               USDC No. 03-CA-294341
               USDC No. 03-CA-294303
               USDC No. 03-CA-296200
               USDC No. 03-RC-282127
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Heather Stacy Beard
Ms. Lisa Schiavo Blatt
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz