# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STARBUCKS CORPORATION | ) |
| | ) |
| Petitioner/Cross-Respondent | )   No. 24-60650 |
| | ) |
| v. | ) |
| | ) |
| NATIONAL LABOR RELATIONS BOARD | ) |
| | ) |
| Respondent/Cross-Petitioner | ) |

**MOTION OF THE NATIONAL LABOR
RELATIONS BOARD FOR AN EXTENSION OF TIME IN LIGHT
OF UNITED STATES GOVERNMENT FUNDING CESSATION**

To the Honorable, the Judges of the United States
  Court of Appeals for the Fifth Circuit:

The National Labor Relations Board, by its Deputy Associate General Counsel, respectfully requests an extension of time in the above-captioned case, and shows as follows:

1. Petitioner Starbucks filed its opening brief on July 16 after receiving one unopposed 30-day Level 1 extension and two unopposed 30-day Level 2 extensions, for a total of 90 days.

2. The Board's answering brief, initially due on August 15, is currently due on October 29. Specifically, the Board received one unopposed 30-day Level 1 extension and one unopposed 30-day Level 2 extension, before seeking an October 1 stay of proceedings due to the government shutdown. On October 6,

this court denied the Board's stay request and sua sponte extended the Board's deadline from October 15 to the current October 29 deadline. Oral argument has not been scheduled.

3. The Board requests an additional extension of time such that its brief would now be due 45 days after Congress restores appropriations to the Board.

4. An additional extension of time is necessary because the attorneys responsible for the case have been furloughed since October 1 as part of the shutdown of the federal government due to a lack of appropriated funds, along with essentially all of the Board's attorneys and other employees. Accordingly, the Board attorneys responsible for this case are prohibited from working on this brief until they are recalled from furlough. *See* 31 U.S.C. § 1342.

5. An extension for the length of 45 days after Congress restores appropriations to the Board is warranted because of the pre-shutdown and intervening commitments of counsel primarily responsible for this case, Heather Beard, as well as those of supervisor Amy Ginn and co-counsel Eric Weitz, and the extraordinary scope of the Board Order and the length of record on appeal in the instant case. Specifically, on September 25—prior to the October 1 shutdown and after this Court granted the Board's second extension in this case on September 8—the petitioner who lost another one of Ms. Beard's cases—*United Natural Foods, Inc., v. NLRB*, 138 F.4th 937 (5th Cir. May 25, 2025)—filed a petition for

certiorari in the Supreme Court (Supreme Court No. 25-369). Ms. Beard and Mr. Weitz were responsible for making initial recommendations to and coordinating with Board management and the Solicitor's Office of the Department of Justice regarding a potential response to that petition. Mr. Weitz was also responsible for preparing and presenting oral argument on September 25 in *Red Rock v. NLRB*, D.C. Cir. Nos. 24-1221, 24-1239, & 24-1240. Moreover, Ms. Ginn had a Sixth Circuit settlement conference on September 18 and pre-scheduled medical procedures on September 17 and 24.

6. Given the ongoing government shutdown, the scope of the instant case, and their above prior and intervening commitments, it will not be possible for Board counsel to meet the October 29 deadline. The Board therefore requests a 45-day extension of time for filing its brief after the shutdown ends, which is commensurate with the duration of the lapse in appropriations, takes into account the Board attorneys' pre-shutdown commitments, and accounts for the additional time that the Board attorneys need to prepare the brief in this lengthy record case.

7. This extension will not prejudice any party nor cause undue delay. Equitable concerns also favor granting this request because absent the government shutdown, the resulting 105-day total request from the Board (the Board's initial two 30-day extension requests + the instant 45-day request) is within the range of the 90-day total extension afforded to Starbucks for its opening brief.

3

8. Board Counsel attempted to contact counsel for the other parties to this case, Starbucks and Intervenor Workers United. Workers United counsel does not oppose this motion. Board counsel left a voice mail and sent an e-mail for Starbucks counsel Amy Saharia but was unable to get a response prior to filing the motion.

WHEREFORE, the Board moves for an extension of time for 45 days after Congress restores appropriations to the Board.

Respectfully submitted,

s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 27th day of October 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 764 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 27th day of October 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 27th day of October 2025