# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-60650    Starbucks v. NLRB
                Agency Nos.
                03-CA-285671
                03-CA-290555
                03-CA-291157
                03-CA-291196
                03-CA-291197
                03-CA-291199
                03-CA-291202
                03-CA-291377
                03-CA-291378
                03-CA-291379
                03-CA-291381
                03-CA-291386
                03-CA-291395
                03-CA-291399
                03-CA-291408
                03-CA-291412
                03-CA-291416
                03-CA-291418
                03-CA-291423
                03-CA-291431
                03-CA-291434
                03-CA-291725
                03-CA-292284
                03-CA-293362
                03-CA-293469
                03-CA-293489
                03-CA-293528
                03-CA-294336
                03-CA-293546
                03-CA-294341
                03-CA-294303
                03-CA-296200
                03-RC-282127
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Melissa Mattingly*
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Heather Stacy Beard
Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz