# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STARBUCKS CORPORATION | ) |
|       Petitioner/Cross-Respondent | )    No. 24-60650 |
| v. | ) |
| NATIONAL LABOR RELATIONS BOARD | ) |
|       Respondent/Cross-Petitioner | ) |

### MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR A 14-DAY EXTENSION OF TIME IN LIGHT OF UNITED STATES GOVERNMENT FUNDING CESSATION

To the Honorable, the Judges of the United States
  Court of Appeals for the Fifth Circuit:

    The National Labor Relations Board, by its Deputy Associate General Counsel, respectfully requests a 14-day extension of time in the above-captioned case, and shows as follows:

    1.    Petitioner Starbucks filed its opening brief on July 16 after receiving one unopposed 30-day Level 1 extension and two unopposed 30-day Level 2 extensions, for a total of 90 days.

    2.    The Board's answering brief, initially due on August 15, is currently due on November 12. Specifically, the Board received one unopposed 30-day Level 1 extension and one unopposed 30-day Level 2 extension, before seeking an October 1 stay of proceedings due to the government shutdown and resulting

furlough of all attorneys representing the Board in this case. On October 6, this Court denied the Board's stay request and sua sponte extended the Board's deadline for 14 days from October 15 to October 29.

3. On October 27, with all of the Board attorneys responsible for this case still prohibited from working on this brief because of the government shutdown, the Board sought an additional extension of time until 45 days after Congress restored appropriations to the Board. On October 28, this Court denied that motion and extended the Board's deadline for 14 days until the current November 12 deadline. Oral argument has not been scheduled.

4. In light of the ongoing government shutdown, the Board requests an additional 14-day extension of time such that its brief would now be due November 26.

5. As previously stated, given the government shutdown, Board counsel were required to cease all work on this brief as of October 1 and the current November 12 due date was set by this Court on October 28. As of that date, Board counsel had been prohibited from conducting any preparation of the brief for almost 4 weeks. *See* 31 U.S.C. § 1342. During that time, Board counsel were not permitted to review any part of the 9,619 pages of the record on appeal, including the 139 pages of the Board's decision and Order, engage in legal research, or draft a single sentence.

6.　　Additionally, on October 31, this Court issued its first decision addressing the remedy set forth in *Thryv, Inc.*, 372 NLRB No. 22 (2022), *enforcement denied on other grounds*, 102 F.4th 727 (5th Cir. 2024). *See Hiran Management, Inc. v. NLRB*, Case No. 24-60608. Because this case involves the same remedy addressed there, the Board needs time to consider the impact of the Court's decision. Board counsel in *Hiran* were also furloughed on October 1.

7.　　For the Court's general understanding, even absent the prohibition placed on Board counsel by the furlough, our appellate office over the past year has experienced multiple retirements that have decreased our staff. That decrease, along with the hiring freeze put in place earlier this year, has often required us to seek lengthier extensions, including in the instant case, in order to cover all essential work.

8.　　This extension will not cause prejudice to any party nor cause undue delay. Equitable concerns also favor granting this request because with a 4-week lapse in all preparations imposed by the government shutdown, Board counsel are at a severe disadvantage in attempting to prepare and file the brief in this unusually complex unfair-labor-practice case by November 12. Furthermore, absent the government shutdown, the Board's initial two 30-day extension requests were less than the 90-day total extension afforded to Starbucks for its opening brief.

9. Board counsel contacted counsel for the other parties to this case, Starbucks and Intervenor Workers United. Workers United does not oppose, and Starbucks takes no position.

WHEREFORE, the Board moves for an extension of time for 14 days to and including November 26.

                          Respectfully submitted,

                          s/ Ruth E. Burdick
                          Ruth E. Burdick
                          Deputy Associate General Counsel
                          NATIONAL LABOR RELATIONS BOARD
                          1015 Half Street, SE
                          Washington, DC  20570
                          (202) 273-2960

Dated at Washington, DC
this 4th day of November 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 715 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 4th day of November 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
|    Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
|    Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick  
Ruth E. Burdick  
Deputy Associate General Counsel  
NATIONAL LABOR RELATIONS BOARD  
1015 Half Street, SE  
Washington, DC 20570  
(202) 273-2960

Dated at Washington, DC  
this 4th day of November 2025