# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60650     Starbucks v. NLRB
                 Agency No. 03-CA-285671, et al

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Heather Stacy Beard
Ms. Lisa Schiavo Blatt
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Ian H. Hayes
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz