# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

### UNOPPOSED MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR A 14-DAY EXTENSION OF TIME TO FILE ITS BRIEF

To the Honorable, the Judges of the United States
  Court of Appeals for the Fifth Circuit:

      The National Labor Relations Board, by its Deputy Associate General Counsel, respectfully requests a 14-day extension of time in the above-captioned case, and shows as follows:

      1.     Petitioner Starbucks filed its opening brief on July 16 after receiving one unopposed 30-day Level 1 extension and two unopposed 30-day Level 2 extensions, for a total of 90 days.

      2.     The Board's answering brief, initially due on August 15, is currently due on November 26. Specifically, the Board received one unopposed 30-day Level 1 extension and one unopposed 30-day Level 2 extension, and subsequent 14-day extensions beginning on October 6 due to the government shutdown and

resulting furlough of all attorneys representing the Board in this case. Oral argument has not been scheduled.

3. The Board reopened on November 13.

4. As previously stated, because of the government shutdown, Board counsel were required to cease all work on this brief as of October 1, and they were prohibited from conducting any preparation of the brief for several weeks. *See* 31 U.S.C. § 1342.

5. In light of the 43-day government shutdown and the myriad complexities of resuming operations now that it has ended, the Board requests an additional 14-day extension of time such that its brief would now be due December 10.

6. For the Court's general understanding, even absent the prohibition placed on Board Counsel by the recently ended furlough, our appellate office over the past year has experienced multiple retirements that have decreased our staff. That decrease, along with the hiring freeze put in place earlier this year, has often required us to seek lengthier extensions, including in the instant case, in order to cover all essential work.

7. Two of the Board attorneys primarily responsible for the Board's brief have leave plans that will impair their ability to prepare the Board's brief by the current November 26 due date. Eric Weitz, one of the attorneys responsible for

drafting the Board's brief, will be on pre-planned leave for international travel from November 19 to December 1. Amy Ginn, the supervisory attorney assigned to this case, will be on pre-planned medical leave on November 19. To allow sufficient time for preparation of the brief, while also accommodating Board counsel's previously scheduled leave, the Board respectfully requests a 14-day extension of time, to and including December 10.

8. This extension will not cause prejudice to any party nor cause undue delay. Equitable concerns also favor granting this request because with a significant lapse in all preparations imposed by the government shutdown, Board counsel are at a severe disadvantage in attempting to prepare and file the brief in this unusually complex unfair-labor-practice case by November 26. Furthermore, absent the government shutdown, the Board's initial two 30-day extension requests were less than the 90-day total extension afforded to Starbucks for its opening brief.

9. Board counsel contacted counsel for the other parties to this case, Starbucks and Intervenor Workers United, who do not oppose this motion.

WHEREFORE, the Board moves for an extension of time for 14 days to and including December 10.

        Respectfully submitted,

        s/ Ruth E. Burdick
        Ruth E. Burdick
        Deputy Associate General Counsel
        NATIONAL LABOR RELATIONS BOARD
        1015 Half Street, SE
        Washington, DC  20570
        (202) 273-2960

Dated at Washington, DC
this 17th day of November 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
|    Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
|    Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 608 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 365.

                                               /s/ Ruth E. Burdick
                                              Ruth E. Burdick
                                              Deputy Associate General Counsel
                                              NATIONAL LABOR RELATIONS BOARD
                                              1015 Half Street, SE
                                              Washington, DC  20570
                                              (202) 273-2960

Dated at Washington, DC
this 17th day of November 2025

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
|    Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
|    Respondent/Cross-Petitioner | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

                                                 /s/ Ruth E. Burdick
                                                 Ruth E. Burdick
                                                 Deputy Associate General Counsel
                                                 NATIONAL LABOR RELATIONS BOARD
                                                 1015 Half Street, SE
                                                 Washington, DC 20570
                                                 (202) 273-2960

Dated at Washington, DC
this 17th day of November 2025