# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

December 01, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 24-60650    Starbucks v. NLRB
                Agency No. 03-CA-285671
                Agency No. 03-CA-290555
                Agency No. 03-CA-291157
                Agency No. 03-CA-291196
                Agency No. 03-CA-291197
                Agency No. 03-CA-291199
                Agency No. 03-CA-291202
                Agency No. 03-CA-291377
                Agency No. 03-CA-291378
                Agency No. 03-CA-291379
                Agency No. 03-CA-291381
                Agency No. 03-CA-291386
                Agency No. 03-CA-291395
                Agency No. 03-CA-291399
                Agency No. 03-CA-291408
                Agency No. 03-CA-291412
                Agency No. 03-CA-291416
                Agency No. 03-CA-291418
                Agency No. 03-CA-291423
                Agency No. 03-CA-291431
                Agency No. 03-CA-291434
                Agency No. 03-CA-291725
                Agency No. 03-CA-292284
                Agency No. 03-CA-293362
                Agency No. 03-CA-293469
                Agency No. 03-CA-293489
                Agency No. 03-CA-293528
                Agency No. 03-CA-294336
                Agency No. 03-CA-293546
                Agency No. 03-CA-294341
                Agency No. 03-CA-294303
                Agency No. 03-CA-296200
                Agency No. 03-RC-282127
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

```
                                By: _____
                                Melissa V. Mattingly, Deputy Clerk
                                504-310-7719
```

Ms. Heather Stacy Beard
Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Ian H. Hayes
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz