# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

## MOTION TO WITHDRAW APPEARANCE

To the Honorable, the Judges of the United States
Court of Appeals for the Fifth Circuit:

The National Labor Relations Board ("the Board") hereby moves this Court for leave to withdraw the appearance of attorney Heather S. Beard as counsel in this matter, and shows:

1. On January 13, 2025, an appearance form was entered for Heather S. Beard on behalf of the National Labor Relations Board in the above captioned case.

2. It is now necessary that Ms. Beard withdraw her appearance.

3. The Board will continue to be represented in this case by lead counsel Ruth E. Burdick and co-counsel Amy Ginn and Eric Weitz.

WHEREFORE, the Board respectfully requests that the Court grant this motion and withdraw the appearance of Heather S. Beard as counsel in this matter.

                          Respectfully submitted,

                          /s/ Ruth E. Burdick
                          Ruth E. Burdick
                          Deputy Associate General Counsel
                          NATIONAL LABOR RELATIONS BOARD
                          1015 Half Street, SE
                          Washington, DC 20570
                          (202) 273-2960

Dated at Washington, DC
this 16th day of January 2026

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
|    Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
|    Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 206 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 365.

 

        /s/ Ruth E. Burdick
        Ruth E. Burdick
        Deputy Associate General Counsel
        NATIONAL LABOR RELATIONS BOARD
        1015 Half Street, SE
        Washington, DC 20570
        (202) 273-2960

Dated at Washington, DC
this 16th day of January 2026

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
|     Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
|     Respondent/Cross-Petitioner | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

                                                 /s/ Ruth E. Burdick
                                               Ruth E. Burdick
                                               Deputy Associate General Counsel
                                               NATIONAL LABOR RELATIONS BOARD
                                               1015 Half Street, SE
                                               Washington, DC 20570
                                               (202) 273-2960

Dated at Washington, DC
this 16th day of January 2026