# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60650    Starbucks v. NLRB
                   Agency No. 03-CA-285671, et al

The court has taken the following action in this case:

The Motion of Heather Beard to withdraw as counsel is GRANTED.


                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Melissa V. Mattingly, Deputy Clerk
                          504-310-7719

Ms. Lisa Schiavo Blatt
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Ian H. Hayes
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz