## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 30, 2026

Ms. Lisa Schiavo Blatt
Williams & Connolly, L.L.P.
680 Maine Avenue, S.W.
Washington, DC 20024

Ms. Amy Helen Ginn
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Washington, DC 20570

Mr. Ian H. Hayes
Hayes Dolce
135 Delaware Avenue
Suite 502
Buffalo, NY 14202

        No. 24-60650    Starbucks v. NLRB
                        USDC No. 03-CA-285671
                        USDC No. 03-CA-290555
                        USDC No. 03-CA-291157
                        USDC No. 03-CA-291196
                        USDC No. 03-CA-291197
                        USDC No. 03-CA-291199
                        USDC No. 03-CA-291202
                        USDC No. 03-CA-291377
                        USDC No. 03-CA-291378
                        USDC No. 03-CA-291379
                        USDC No. 03-CA-291381
                        USDC No. 03-CA-291386
                        USDC No. 03-CA-291395
                        USDC No. 03-CA-291399
                        USDC No. 03-CA-291408
                        USDC No. 03-CA-291412
                        USDC No. 03-CA-291416
                        USDC No. 03-CA-291418
                        USDC No. 03-CA-291423
                        USDC No. 03-CA-291431
                        USDC No. 03-CA-291434
                        USDC No. 03-CA-291725
                        USDC No. 03-CA-292284
                        USDC No. 03-CA-293362
                        USDC No. 03-CA-293469
                        USDC No. 03-CA-293489

USDC No. 03-CA-293528
USDC No. 03-CA-294336
USDC No. 03-CA-293546
USDC No. 03-CA-294341
USDC No. 03-CA-294303
USDC No. 03-CA-296200
USDC No. 03-RC-282127

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

*Olivia Andry*

By: _____
Olivia G. Andry, Deputy Clerk

cc:
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Sephora Delores Grey
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz