# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 15, 2026

No. 24-60650    Starbucks v. NLRB
USDC No. 03-CA-285671
USDC No. 03-CA-290555
USDC No. 03-CA-291157
USDC No. 03-CA-291196
USDC No. 03-CA-291197
USDC No. 03-CA-291199
USDC No. 03-CA-291202
USDC No. 03-CA-291377
USDC No. 03-CA-291378
USDC No. 03-CA-291379
USDC No. 03-CA-291381
USDC No. 03-CA-291386
USDC No. 03-CA-291395
USDC No. 03-CA-291399
USDC No. 03-CA-291408
USDC No. 03-CA-291412
USDC No. 03-CA-291416
USDC No. 03-CA-291418
USDC No. 03-CA-291423
USDC No. 03-CA-291431
USDC No. 03-CA-291434
USDC No. 03-CA-291725
USDC No. 03-CA-292284
USDC No. 03-CA-293362
USDC No. 03-CA-293469
USDC No. 03-CA-293489
USDC No. 03-CA-293528
USDC No. 03-CA-294336
USDC No. 03-CA-293546
USDC No. 03-CA-294341
USDC No. 03-CA-294303
USDC No. 03-CA-296200
USDC No. 03-RC-282127

Dear Counsel,

The above referenced case has been scheduled for oral argument on 06/01/2026. It will be held in New Orleans -  East Courtroom at 9:00.  The Oral Argument session number is 44.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than April 29, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Olivia Andry at 504-310-7633.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Olivia G. Andry, Calendar Clerk

cc:
Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Ian H. Hayes
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson

Mr. Eric Weitz

Mr. Eric Weitz