# United States Court of Appeals for the Fifth Circuit

———————

No. 24-60650

———————

STARBUCKS CORPORATION,

*Petitioner/Cross-Respondent*,

*versus*

NATIONAL LABOR RELATIONS BOARD,

*Respondent/Cross-Petitioner.*

———————————————————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 27, 2026

Lyle W. Cayce
Clerk

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 03-CA-285671
Agency No. 03-CA-290555
Agency No. 03-CA-291157
Agency No. 03-CA-291196
Agency No. 03-CA-291197
Agency No. 03-CA-291199
Agency No. 03-CA-291202
Agency No. 03-CA-291377
Agency No. 03-CA-291378
Agency No. 03-CA-291379
Agency No. 03-CA-291381
Agency No. 03-CA-291386
Agency No. 03-CA-291395
Agency No. 03-CA-291399
Agency No. 03-CA-291408
Agency No. 03-CA-291412
Agency No. 03-CA-291416

No. 24-60650

Agency No. 03-CA-291418
Agency No. 03-CA-291423
Agency No. 03-CA-291431
Agency No. 03-CA-291434
Agency No. 03-CA-291725
Agency No. 03-CA-292284
Agency No. 03-CA-293362
Agency No. 03-CA-293469
Agency No. 03-CA-293489
Agency No. 03-CA-293528
Agency No. 03-CA-294336
Agency No. 03-CA-293546
Agency No. 03-CA-294341
Agency No. 03-CA-294303
Agency No. 03-CA-296200
Agency No. 03-RC-282127

_____

ORDER:

IT IS ORDERED that Petitioner/Cross Respondent's unopposed motion for an additional 10 minutes of oral argument time for a total of 30 minutes per side or, at a minimum 25 minutes per each side, is GRANTED in part: each side will receive 25 minutes at oral argument. If the judges have additional questions, the oral argument will last longer.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT