## ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Ian Hayes
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

24-60650                    Starbucks Corporation                    v. National Labor Relations Board
_____            _____               _____
(Case Number)                                          (Short Title)

is scheduled for oral argument at    9:00 am    on    June 1, 2026    located in the
                                  _____        _____
                                     (Time)               (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
                                        (Location)

/s/ Ian Hayes                                                    April 28, 2026
_____                                      _____
(Signature)                                                        (Date)

---

### List all parties being represented for argument and select the party type

National Labor Relations Board (Respondent/Cross-Petitioner); Intervenor Workers United

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Eric Weitz (Respondent NLRB) | 20 | |
| #2 | Ian Hayes (Intervenor Workers United) | 5 | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # 44

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

---

PRINT TO PDF                    RESET FORM

Revised 04/2023                    Form OA-001