# In the United States Court of Appeals for the Fifth Circuit

No. 24-60650

STARBUCKS CORPORATION,
*Petitioner/Cross-Respondent,*

*v.*

NATIONAL LABOR RELATIONS BOARD,
*Respondent/Cross-Petitioner.*

## NOTICE OF WITHDRAWAL OF SEPHORA GREY AS COUNSEL

Please take notice that I, Sephora Grey, an attorney at Williams & Connolly LLP, counsel for Starbucks Corporation, hereby withdraw my appearance as counsel in this matter because I will be leaving my employment at Williams & Connolly as of October 2, 2026. Starbucks will continue to be represented by other counsel of record.

Respectfully submitted,

*/s/ Sephora Grey*

SEPHORA GREY
WILLIAMS & CONNOLLY LLP
*680 Maine Avenue S.W.*
*Washington, DC 20024*
*(202) 434-5000*
*sgrey@wc.com*

DATE: OCTOBER 2, 2026

## CERTIFICATE OF SERVICE

I, Sephora Grey, counsel for Starbucks Corporation and a member of the Bar of this Court, certify that, on October 2, 2026, a copy of the attached Notice for Withdrawal of Counsel was filed with the Clerk and served on the parties through the Court's electronic filing system. I further certify that all parties required to be served have been served.

*/s/ Sephora Grey*
SEPHORA GREY