# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60650 Starbucks v. NLRB
Agency Nos. 03-CA-285671
03-CA-290555
03-CA-291157
03-CA-291196
03-CA-291197
03-CA-291199
03-CA-291202
03-CA-291377
03-CA-291378
03-CA-291379
03-CA-291381
03-CA-291386
03-CA-291395
03-CA-291399
03-CA-291408
03-CA-291412
03-CA-291416
03-CA-291418
03-CA-291423
03-CA-291431
03-CA-291434
03-CA-291725
03-CA-292284
03-CA-293362
03-CA-293469
03-CA-293489
03-CA-293528
03-CA-294336
03-CA-293546
03-CA-294341
03-CA-294303
03-CA-296200
03-RC-282127

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________________
Sean Hannan, Deputy Clerk
504-310-7702

Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Ms. Sephora Delores Grey
Mr. Ian H. Hayes
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz