# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60650 Starbucks v. NLRB
Agency No. 03-CA-285671
Agency No. 03-CA-290555
Agency No. 03-CA-291157
Agency No. 03-CA-291196
Agency No. 03-CA-291197
Agency No. 03-CA-291199
Agency No. 03-CA-291202
Agency No. 03-CA-291377
Agency No. 03-CA-291378
Agency No. 03-CA-291379
Agency No. 03-CA-291381
Agency No. 03-CA-291386
Agency No. 03-CA-291395
Agency No. 03-CA-291399
Agency No. 03-CA-291408
Agency No. 03-CA-291412
Agency No. 03-CA-291416
Agency No. 03-CA-291418
Agency No. 03-CA-291423
Agency No. 03-CA-291431
Agency No. 03-CA-291434
Agency No. 03-CA-291725
Agency No. 03-CA-292284
Agency No. 03-CA-293362
Agency No. 03-CA-293469
Agency No. 03-CA-293489
Agency No. 03-CA-293528
Agency No. 03-CA-294336
Agency No. 03-CA-293546
Agency No. 03-CA-294341
Agency No. 03-CA-294303
Agency No. 03-CA-296200
Agency No. 03-RC-282127

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: _________________________
Sean Hannan, Deputy Clerk
504-310-7702

Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Mr. Michael Dolce
Ms. Amy Helen Ginn
Mr. Ian H. Hayes
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Mr. Manuel Alfonso Quinto-Pozos
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz