# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2026

Ms. Ruth E. Burdick
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

Ms. Amy Helen Ginn
National Labor Relations Board
Appellate & Supreme Court Litigation Branch
1015 Half Street, S.E.
Washington, DC 20570

Ms. M. Kathleen McKinney
National Labor Relations Board
Region 15
600 S. Maestri Place
7th Floor
New Orleans, LA 70130

Mr. Eric Weitz
National Labor Relations Board
1015 Half Street, S.E.
Washington, DC 20003

No. 24-60650 Starbucks v. NLRB
Agency No. 03-CA-285671
Agency No. 03-CA-290555
Agency No. 03-CA-291157
Agency No. 03-CA-291196
Agency No. 03-CA-291197
Agency No. 03-CA-291199
Agency No. 03-CA-291202
Agency No. 03-CA-291377
Agency No. 03-CA-291378
Agency No. 03-CA-291379
Agency No. 03-CA-291381
Agency No. 03-CA-291386
Agency No. 03-CA-291395
Agency No. 03-CA-291399
Agency No. 03-CA-291408
Agency No. 03-CA-291412
Agency No. 03-CA-291416
Agency No. 03-CA-291418
Agency No. 03-CA-291423

Agency No. 03-CA-291431
Agency No. 03-CA-291434
Agency No. 03-CA-291725
Agency No. 03-CA-292284
Agency No. 03-CA-293362
Agency No. 03-CA-293469
Agency No. 03-CA-293489
Agency No. 03-CA-293528
Agency No. 03-CA-294336
Agency No. 03-CA-293546
Agency No. 03-CA-294341
Agency No. 03-CA-294303
Agency No. 03-CA-296200
Agency No. 03-RC-282127

Dear Counsel:

The court has requested a response to the Petitioner/Cross-Respondent's Petition for rehearing en banc to be filed in this office on or before November 2, 2026.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________
Sean Hannan, Deputy Clerk
504-310-7702

cc:

- Ms. Lisa Schiavo Blatt
- Ms. Claire Rossell Cahill
- Mr. Michael Dolce
- Mr. Ian H. Hayes
- Mr. Jeffrey S. Hiller
- Mr. Jonathan O. Levine
- Mr. Manuel Alfonso Quinto-Pozos
- Ms. Amy Mason Saharia
- Ms. Danielle Sochaczevski
- Mr. Kees D. Thompson