**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

**UNOPPOSED MOTION OF THE NATIONAL LABOR RELATIONS BOARD FOR A 10-DAY EXTENSION OF TIME TO FILE ITS RESPONSE TO THE PETITION FOR REHEARING**

To the Honorable, the Judges of the United States Court
of Appeals for the Fifth Circuit:

The National Labor Relations Board, by its Deputy Associate General Counsel, respectfully moves this Court for a 10-day extension of time for filing its response to the petition for rehearing, to and including November 12, 2026. In support, the Board shows as follows:

1. On October 19, 2026, Petitioner/Cross-Respondent Starbucks Corporation filed a petition for rehearing en banc. On October 21, the Court issued an order directing the Board to file a response by November 2.

2. Eric Weitz, the Board attorney primarily responsible for formulating the Board's response, is also primarily responsible for preparing the response to a petition for a writ of certiorari in *Rieth-Riley Constr. Co. v. NLRB*, S. Ct. No. 26-

313, due on November 19. Mr. Weitz is also primarily responsible for drafting the Board's brief in *NLRB v. X Factor S2 LLC*, 9th Cir. No. 26-5501, due on November 25, and in *Kroger LP I d/b/a Kroger Delta Division v. NLRB*, 8th Cir. Nos. 26-2528, 26-2796, due November 30. Mr. Weitz is also responsible for preparing a final brief in *Hospital Espanol Auxilio Mutuo de Puerto Rico, Inc. v. NLRB*, D.C. Cir. Nos. 25-1001, 25-1037, due October 29. Amy Ginn, who is primarily responsible for supervising the Board's response, is also responsible for supervising the Board's response in *Rieth-Riley Constr.* and the brief in *X Factor S2 LLC*. Ms. Ginn is also preparing for and participating in court mediation in *NLRB v. Parking Sys. Plus*, 2d Cir. No. 26-2125, and *United Food and Commercial Workers Union, Local Nos. 135, 324, 770, 1167, 1428, 1442, and 8-Golden State v. NLRB*, 9th Cir. Nos. 25-207, 25-755.

3. In light of Board counsel's prior commitments, and to allow adequate time for internal consultations and higher-level review of the rehearing response within the agency, the Board respectfully requests a 10-day extension, to and including November 12, to file its response.

4. Board counsel has contacted counsel for Starbucks and intervenor Workers United, who represented that their clients do not oppose this motion.

WHEREFORE, the Board respectfully requests that the Court grant this motion and extend the time for filing the Board's response to the petition for rehearing from November 2 to November 12, 2026.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 22nd day of October 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 469 words of proportionally-spaced, 14-point type, and the word processing system used was Microsoft Word 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 22nd day of October 2026

**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| STARBUCKS CORPORATION | ) | |
| | ) | |
| Petitioner/Cross-Respondent | ) | No. 24-60650 |
| | ) | |
| v. | ) | Board Case Nos. |
| | ) | 03-CA-285671 *et al.* |
| NATIONAL LABOR RELATIONS BOARD | ) | |
| | ) | |
| Respondent/Cross-Petitioner | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960

Dated at Washington, DC
this 22nd day of October 2026