# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

THOMAS B. PLUNKETT, III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 28, 2026

Mr. Michael Dolce
Hayes Dolce
135 Delaware Avenue
Suite 502
Buffalo, NY 14202

Mr. Ian H. Hayes
Hayes Dolce
135 Delaware Avenue
Suite 502
Buffalo, NY 14202

Mr. Manuel Alfonso Quinto-Pozos
Deats Durst & Owen, P.L.L.C.
2901 Bee Caves Road
Suite L
Austin, TX 78746

No. 24-60650 Starbucks v. NLRB
Agency No. 03-CA-285671
Agency No. 03-CA-290555
Agency No. 03-CA-291157
Agency No. 03-CA-291196
Agency No. 03-CA-291197
Agency No. 03-CA-291199
Agency No. 03-CA-291202
Agency No. 03-CA-291377
Agency No. 03-CA-291378
Agency No. 03-CA-291379
Agency No. 03-CA-291381
Agency No. 03-CA-291386
Agency No. 03-CA-291395
Agency No. 03-CA-291399
Agency No. 03-CA-291408
Agency No. 03-CA-291412
Agency No. 03-CA-291416
Agency No. 03-CA-291418
Agency No. 03-CA-291423
Agency No. 03-CA-291431
Agency No. 03-CA-291434
Agency No. 03-CA-291725
Agency No. 03-CA-292284
Agency No. 03-CA-293362
Agency No. 03-CA-293469

Agency No. 03-CA-293489
Agency No. 03-CA-293528
Agency No. 03-CA-294336
Agency No. 03-CA-293546
Agency No. 03-CA-294341
Agency No. 03-CA-294303
Agency No. 03-CA-296200
Agency No. 03-RC-282127

Dear Counsel:

This letter will serve to advise the parties that the court has also requested a response from Intervenor Workers United to the Petitioner/Cross-Respondent's Petition for rehearing en banc to be filed in this office on or before November 12, 2026.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ____________________
Sean Hannan, Deputy Clerk
504-310-7702

cc:

Ms. Lisa Schiavo Blatt
Ms. Ruth E. Burdick
Ms. Claire Rossell Cahill
Ms. Amy Helen Ginn
Mr. Jeffrey S. Hiller
Mr. Jonathan O. Levine
Ms. M. Kathleen McKinney
Ms. Amy Mason Saharia
Ms. Danielle Sochaczevski
Mr. Kees D. Thompson
Mr. Eric Weitz